# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALLSTATE INSURANCE CO.,** | : | |
| | : | **CIVIL ACTION** |
| | : | **NO. 23-2480** |
| v. | : | |
| | : | |
| **NORTHWEST MEDICAL AND** | : | |
| **REHABILITATION CENTER, &** | : | |
| **GREGORY A. NELSON.** | : | |

## ORDER

This 31st day of October, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff Allstate Insurance Company's Motion for Default Judgment (ECF 10) is **GRANTED**. Judgment is hereby **ENTERED** in favor of Plaintiff Allstate Insurance Company and against Defendants Northwest Medical and Rehabilitation Center and Gregory A. Nelson in the amount of $100,000.00.

It is further **ORDERED** that all terms of the parties' Agreed Judgment, attached hereto, are hereby incorporated within and form part of the Judgment of this Court.

To the extent that Plaintiff seeks attorney's fees and costs, Plaintiff must quantify and justify such an award in a supplemental filing.

/s/ Gerald Austin McHugh
United States District Judge